# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1251
_____

JEFFERY NEIL BRANTLEY,

Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.


March 19, 2026

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jeffery Neil Brantley, pro se.

James Uthmeier, Attorney General, and Brian Ronald Flynn-Fallon and Kelly Raplea Forren, Assistant Attorneys General, Tallahassee; Dan Johnson, General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.